HAAS, Appellant, v. GARNETT et al.

**Division One, March 30, 1900.**

Utley v. Hill, 155 Mo. 232, followed and approved.

Appeal from Saline Circuit Court.—*Hon. Richard Field,* Judge.

AFFIRMED.

*Nathan Frank, Chas. W. Bates* and *Benjamin H. Charles* for appellant.

*Thos. Shackelford, W. M. Williams, John A. Rich, Syd B. Burks* and *D. D. Duggins* for respondents, except Field, administrator.

MARSHALL, J.—This case in all its essential particulars is exactly like the case of Utley v. Hill, 155 Mo. 232, and

the decision in that case controls this. Here there were thirty-six exceptions filed, but the court sustained the same exceptions that it sustained in the Utley case. Otherwise there is no difference between the two cases, and therefore for the reasons given in the Utley case, the judgment in this case is affirmed.

All concur, except *Robinson, J.,* absent.